IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD LOGAN (R-11048) | ) | |
| Petitioner, | ) | Case No. 12-cv-6170 |
| vs. | ) | Case Number of State Court Conviction |
| | ) | 97 CR 19288 |
| NEDRA CHANDLER, Warden, | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| Respondent. | ) | |

**MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW
IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

NOW COMES Petitioner Leonard Logan, by and through his counsel THE EXONERATION PROJECT at the University of Chicago Law School, and hereby seeks 45 days to file a memorandum of law in support of his Petition for Writ of Habeas Corpus. In support of this motion, Petitioner states as follows:

1. On August 6, 2012, Petitioner filed his Petition for Writ of Habeas Corpus before this Court. Petitioner's counsel raised several claims of significant constitutional importance for Petitioner, including claims that his rights to due process and to the effective assistance of counsel were violated at his trial.

2. Petitioner seeks the opportunity to file a memorandum of law and supporting documents with this Court that will assist the Court in understanding and resolving his claims.

3. Because of Petitioner's desire to file a timely habeas petition, Petitioner filed his habeas petition without these documents, and now seeks additional time to finalize and file this

memorandum with the Court.

4. Petitioner's counsel seeks 45 days to finalize and file such a supporting memorandum of law. Petitioner's counsel is currently involved in a multi-week trial before Judge Shadur, Ramirez v. City of Chicago, Case No. 05 C 317, that is expected to end sometime next week. Thereafter, Petitioner's counsel is scheduled to take a one-week vacation. When Petitioner's counsel returns, Petitioner's counsel will be able to finalize and file a supporting memorandum.

5. Such a memorandum would be of assistance to the Court, and an additional amount of time to file such a supporting memorandum does not prejudice any of the parties in this case.

WHEREFORE, for these reasons, Petitioner respectfully requests an additional 45 days to file a supporting memorandum of law.

RESPECTFULLY SUBMITTED,

/s/Tara Thompson

Tara Thompson
THE EXONERATION PROJECT
   at the University of Chicago Law School
6020 S. University Ave.
Chicago, IL   60637
(312) 243-5900 (tel)
(312) 243-5902 (fax)

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on August 6, 2012, I sent by electronic means a copy of the attached Motion to all counsel of record.

      /s/Tara Thompson