U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 12-cv-6170
LEONARD LOGAN,
vs.
NEDRA CHANDLER.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Leonard Logan

| NAME (Type or print) |
| --- |
| David B. Owens |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David B. Owens |
| FIRM |
| Loevy & Loevy |
| STREET ADDRESS |
| 312 N. May St., Ste. 100 |
| CITY/STATE/ZIP |
| Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6311285 | 3122435900 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐