## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Leonard Logan

                Plaintiff,

v.                                 Case No.: 1:12−cv−06170
                                        Honorable Matthew F. Kennelly

Nedra Chandler

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 10/15/2014. Motion to stay [67] is moot. Status hearing set for 11/17/2014 at 09:30 AM.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.