

| Rahm Emanuel<br>Mayor | **Department of Police · City of Chicago**<br>3510 S. Michigan Avenue · Chicago, Illinois 60653 | Garry F. McCarthy<br>Superintendent of Police |
|---|---|---|

October 30, 2014

Eva Nagao
The Exoneration Project
University of Chicago Law School
312 N. May St., Suite 100
Chicago, IL 60607

Re:   NOTICE OF RESPONSE TO A FOIA REQUEST
       REQUEST DATE:   October 10, 2014
       FOIA FILE NO.:    14-4715

Dear Ms. Nagao:

The Chicago Police Department received the above referenced Freedom of Information Act (FOIA) request on Friday, October 10, 2014. In your request you state that you are seeking the following:

> "Any and all documents, including police reports, investigative files, complaints and complaint register history in the custody of the Chicago Police Department ("CPD") and the Internal Affairs Department ("IAD") relating to Commander Glenn Evans [#16448]. If this request is too burdensome, we ask, at minimum, for the Complaint Registry history for Commander Evans, as well the "Summary Digest Reports" so we may narrow our requests"

Your request was reviewed by the undersigned in consultation with personnel from the Chicago Police Department's Bureau of Internal Affairs (BIA). In order to assist in responding to your request, BIA furnished the undersigned with a Complaint History list for Commander Glenn Evans. As you can see, that list contains a total of 128 CR numbers. The compilation and review of the Summary Report Digests for each of the 128 complaints would be unduly burdensome. Therefore, the request must be further narrowed.

With regard to the specifics of your request, the Illinois FOIA provides in 5 ILCS 140/3(g) that requests for all records falling within a category shall be complied with unless compliance with the request would be unduly burdensome. Given the breadth of your request and the oftentimes voluminous page count of even just the Summary Report Digest of a CR file, a conservative estimate of your request is that compliance would necessitate the compilation and review of several hundred documents.

Once all potentially responsive records are located and copies are made, the records would then need to be reviewed in their entirety and redacted for (at a minimum) the following:

   (1) Private information, such as home addresses, dates of birth and social security numbers, which are exempt under 5 ILCS 140/7(1)(b);

   (2) Identifying information concerning victims and witnesses, which are exempt under 5 ILCS 140/7(1)(d)(iv). The authors of the documents being produced may need to be located and consulted with regard to the type of information in the report that would be identifying;

---

Exhibit A

(3) Files subject to a protective order, which are exempt under 5 ILCS 140/7(1)(a). To make this redaction/deletion, the attorney handling the litigation would need to be contacted and the litigation files would need to be gathered and reviewed to determine if a protective order was issued by a Court in an underlying lawsuit prohibiting the release of such information. As a protective order is an order issued in accordance with federal or state law, 5 ILCS 140/7(1)(a) exempts records covered by such an order;

(4) Information the release of which would be an invasion of privacy which is exempt under 5 ILCS 140/7(1)( c);

(5) Pre-decisional material, which is exempt under 5 ILCS 140/7(1)(f). Specifically, investigative files often contain drafts, notes and recommendations relating to the course of the investigation and possible filing of charges. Records of this type are exempted from disclosure.

(6) Medical Information protected under the Health Insurance Privacy and Portability Act (HIPPA).

Retrieving, scanning, reviewing, redacting, and printing out just 10 to 20 pages from these files would take specially trained Department members more than one hour to complete. Because there are likely hundreds of pages of documents in these Summary Report Digests, the entire process of retrieval, review, redaction and production for each of these 128 files would likely take in excess of 60 hours to complete. Therefore, as your FOIA request is currently written, it would be onerous and unduly burdensome on the daily operations of the Department to comply with your request.

For the reasons stated above, it would be unduly burdensome to conduct this review. Therefore, it is necessary for your request to be narrowed. The enclosed Complaint History lists may serve to assist you in narrowing the scope of the request to a particular CR file or files.

If you agree to narrow your request, please submit a revised written request to our attention, referencing the above FOIA file number. The CPD will take no further action or send you any further correspondence unless and until each portion of your current request is narrowed in writing. If we do not receive your narrowed request within 30 calendar days of the date of this letter, your current request will be denied.

In the event that we do not receive a narrowed request and your current FOIA request is therefore denied, you will have a right of review by the Illinois Attorney General's Public Access Counselor, who can be contacted at 500 S. Second St., Springfield, IL 62706 or by telephone at (217)558-0486. You may also seek judicial review of a denial under 5 ILCS 140/11 of FOIA.

Sincerely,

P.O. Daniel O'Brien
Freedom of Information Officer
Chicago Police Department
Office of Legal Affairs

FREEDOM OF INFORMATION ACT 14-4715
REQUESTOR: EVA NAGAO/ EXONERATION PROJECT
Employee Complaint History from CRMS
Incident date:

01-Jan-2000 to 23-Oct-2014

**1 EVANS, GLENN**  Unit: 120  Date of Appointment: 14-Jul-1986

| CR# | | Initial Complaint Category | | Final Complaint Category | Incident Date | Complaint Date | Closed Date | Final Finding | Final Penalty |
|---|---|---|---|---|---|---|---|---|---|
| 261026 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05B | ARRESTEE - AFTER ARREST, PRIOR TO | 22-Mar-2000 | 22-Mar-2000 | 10-Jan-2001 | UN | 600 |
| 262796 | 05D | NO ARREST | 05D | NO ARREST | 04-Jun-2000 | 06-Jun-2000 | 21-Feb-2004 | NS | 600 |
| 265797 | 10J | NEGLECT OF DUTY/CONDUCT UNBECOMING - ON | 10J | NEGLECT OF DUTY/CONDUCT | 18-Sep-2000 | 19-Sep-2000 | 06-Mar-2001 | EX | 600 |
| 267640 | 05K | DOMESTIC ALTERCATION/INCIDENT - OFF DUTY | 05K | DOMESTIC ALTERCATION/INCIDENT - | 02-Dec-2000 | 03-Dec-2000 | 25-Sep-2001 | UN | 600 |
| 268764 | 10V | INVENTORY PROCEDURES | 10V | INVENTORY PROCEDURES | 25-Jan-2001 | 26-Jan-2001 | 02-Nov-2001 | NS | 600 |
| 268988 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 11-Dec-2000 | 05-Feb-2001 | 29-Jun-2001 | NS | 600 |
| 270883 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 25-Apr-2001 | 25-Apr-2001 | 30-Apr-2002 | NS | 600 |
| 271247 | 05Q | CIVIL SUIT - THIRD PARTY | 05Q | CIVIL SUIT - THIRD PARTY | 11-Mar-2000 | 09-May-2001 | 15-Aug-2001 | UN | 600 |
| 271308 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 09-May-2001 | 11-May-2001 | 06-Nov-2002 | NS | 600 |
| 274260 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05B | ARRESTEE - AFTER ARREST, PRIOR TO | 27-Aug-2001 | 27-Aug-2001 | 06-Jan-2003 | UN | 600 |
| 274426 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 02-Sep-2001 | 03-Sep-2001 | 25-Jun-2002 | NS | 600 |
| 274478 | 15B | USE/ABUSE DRUGS/CONTR. SUBSTANCE - OFF | 09J | MISCELLANEOUS | 05-Sep-2001 | 05-Sep-2001 | 03-Jun-2002 | UN | 600 |
| 280213 | 10T | REPORTS - FAILED TO SUBMIT/IMPROPER | 10T | REPORTS - FAILED TO | 11-Apr-2002 | 30-Apr-2002 | 05-Dec-2002 | EX | 600 |
| 280324 | 01A | USE OF PROFANITY | 01A | USE OF PROFANITY | 03-May-2002 | 03-May-2002 | 24-Dec-2002 | NS | 600 |
| 282314 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 12-Jul-2002 | 12-Jul-2002 | 06-Mar-2003 | NS | 600 |
| 282376 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10U | INADEQUATE/FAILURE TO PROVIDE | 15-Jun-2002 | 15-Jul-2002 | 21-Jan-2003 | NS | 600 |
| 285748 | 05D | NO ARREST | 05D | NO ARREST | 03-Nov-2002 | 15-Nov-2002 | 02-May-2003 | NS | 600 |
| 288642 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 06-Apr-2003 | 06-Apr-2003 | 29-Sep-2003 | NS | 600 |
| 293193 | 05D | NO ARREST | 05D | NO ARREST | 21-Oct-2003 | 21-Oct-2003 | 31-Jan-2004 | UN | 600 |
| 295961 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 18-Feb-2004 | 19-Feb-2004 | 14-Feb-2005 | NS | 600 |
| 299066 | 05P | EXCESSIVE FORCE - OFF DUTY (INCLUDES | 05P | EXCESSIVE FORCE - OFF DUTY | 03-Jul-2004 | 03-Jul-2004 | 28-Mar-2005 | UN | 600 |
| 303264 | 05C | ARRESTEE - LOCKUP/DETENTION | 05C | ARRESTEE - LOCKUP/DETENTION | 21-Jan-2005 | 23-Jan-2005 | 30-Oct-2006 | NS | 600 |
| 306953 | 05K | DOMESTIC ALTERCATION/INCIDENT - OFF DUTY | 05K | DOMESTIC ALTERCATION/INCIDENT - | 12-Jul-2005 | 13-Jul-2005 | 10-Sep-2007 | SU | 002 |
| 308099 | 05G | WEAPON, USE/DISPLAY OF | 05G | WEAPON, USE/DISPLAY OF | 17-Aug-2005 | 30-Aug-2005 | 29-Aug-2006 | UN | 600 |
| 308255 | 05G | WEAPON, USE/DISPLAY OF | 05G | WEAPON, USE/DISPLAY OF | 07-Sep-2005 | 07-Sep-2005 | 25-Oct-2006 | UN | 600 |
| 314104 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 07-Jul-2006 | 10-Jul-2006 | 03-Nov-2006 | UN | 600 |
| 315477 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 29-May-2006 | 13-Sep-2006 | 10-Sep-2007 | NS | 600 |
| 1006219 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 01-Jun-2007 | 02-Jun-2007 | 18-Sep-2009 | NS | 600 |

PM

# FREEDOM OF INFORMATION ACT 14-4715
## REQUESTOR: EVA NAGAO/ EXONERATION PROJECT
### Employee Complaint History from CRMS
### Incident date:

**01-Jan-2000** to **23-Oct-2014**

| CR # | Code | Description | Code | Description | Incident | Reported | Closed | Finding | Code |
|---|---|---|---|---|---|---|---|---|---|
| 91006219 | | | | | 01-Jun-2007 | 02-Jun-2007 | | | |
| 1008093 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 02-Aug-2007 | 03-Aug-2007 | 25-Feb-2008 | NA | 600 |
| 1016816 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 23-May-2008 | 24-May-2008 | 16-Apr-2009 | NS | 600 |
| 1016899 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 27-May-2008 | 27-May-2008 | 25-Sep-2008 | NA | 600 |
| 1018786 | 05M | UNNECESSARY PHYSICAL CONTACT - OFF DUTY | 05M | UNNECESSARY PHYSICAL CONTACT - | 03-Aug-2008 | 04-Aug-2008 | 16-Apr-2009 | NS | 600 |
| 1019632 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 02-Sep-2008 | 02-Sep-2008 | 28-Nov-2008 | NA | 600 |
| 1020192 | 05H | MISCELLANEOUS | 05B | ARRESTEE - AFTER ARREST, PRIOR TO | 20-Sep-2008 | 22-Sep-2008 | 05-Apr-2010 | NS | 600 |
| 1020423 | 10V | INVENTORY PROCEDURES | 10V | INVENTORY PROCEDURES | 10-Sep-2008 | 29-Sep-2008 | 23-Dec-2008 | NA | 600 |
| 1024242 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 26-Feb-2009 | 26-Feb-2009 | 01-May-2009 | NA | 600 |
| 1024346 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 10J | NEGLECT OF DUTY/CONDUCT | 20-Feb-2009 | 03-Mar-2009 | 10-Feb-2011 | UN | 600 |
| 1024770 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 06-Feb-2009 | 17-Mar-2009 | 14-May-2009 | NA | 600 |
| 1028502 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 10Z | MISCELLANEOUS | 22-Jul-2009 | 23-Jul-2009 | 17-Nov-2011 | NS | 600 |
| 1029157 | 03G | MISCELLANEOUS | 03G | MISCELLANEOUS | 13-Aug-2009 | 13-Aug-2009 | 21-Jan-2011 | NA | 600 |
| 1030347 | 10Z | MISCELLANEOUS | 10Z | MISCELLANEOUS | 15-Sep-2009 | 22-Sep-2009 | 24-Nov-2009 | NA | 600 |
| 1033734 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 01-Feb-2010 | 08-Feb-2010 | 09-Aug-2010 | UN | 600 |
| 1034754 | | | | | 19-Mar-2010 | 19-Mar-2010 | | | |
| 1038067 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05B | ARRESTEE - AFTER ARREST, PRIOR TO | 15-Jul-2010 | 15-Jul-2010 | 12-Oct-2012 | NS | 600 |
| 1038264 | 10U | INADEQUATE/FAILURE TO PROVIDE SERVICE | 01C | MISCELLANEOUS | 22-Jul-2010 | 22-Jul-2010 | 24-Feb-2011 | NA | 600 |
| 1043666 | 05A | ARRESTEE - DURING ARREST | 05A | ARRESTEE - DURING ARREST | 28-Feb-2011 | 01-Mar-2011 | 12-Aug-2013 | NS | 600 |
| 1044664 | | | | | 10-Apr-2011 | 11-Apr-2011 | | | |
| 1044883 | 01A | USE OF PROFANITY | 01A | USE OF PROFANITY | 21-Apr-2011 | 21-Apr-2011 | 20-Aug-2014 | NS | 600 |
| 1046124 | 03C | SEARCH OF PREMISE/VEHICLE WITHOUT | 03C | SEARCH OF PREMISE/VEHICLE | 10-Jun-2011 | 13-Jun-2011 | 20-Jun-2012 | NS | 600 |
| 1049208 | | | | | 11-Oct-2011 | 11-Oct-2011 | | | |
| 1049525 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05B | ARRESTEE - AFTER ARREST, PRIOR TO | 24-Oct-2011 | 24-Oct-2011 | 19-May-2014 | NS | 600 |
| 1050565 | 05N | WEAPON - UNNECESSARY DISPLAY OF | 05N | WEAPON - UNNECESSARY DISPLAY OF | 25-Nov-2011 | 08-Dec-2011 | 11-Jun-2012 | NA | 600 |
| 1059333 | | | | | 01-Jan-2013 | 04-Jan-2013 | | | |
| 1059882 | | | | | 30-Jan-2013 | 31-Jan-2013 | | | |
| 1062340 | | | | | 13-May-2013 | 20-May-2013 | | | |
| 1062763 | 03D | ILLEGAL ARREST | 03D | ILLEGAL ARREST | 09-Jun-2013 | 10-Jun-2013 | 26-Jul-2013 | NA | 600 |
| 1062865 | 05B | ARRESTEE - AFTER ARREST, PRIOR TO LOCKUP | 05A | ARRESTEE - DURING ARREST | 13-Jun-2013 | 13-Jun-2013 | 19-May-2014 | NS | 600 |
| 1062985 | 10J | NEGLECT OF DUTY/CONDUCT UNBECOMING - ON | 10J | NEGLECT OF DUTY/CONDUCT | 14-Jun-2013 | 20-Jun-2013 | 14-Jan-2014 | UN | 600 |

Internal Affairs
Records Section

# FREEDOM OF INFORMATION ACT 14-4715
## REQUESTOR: EVA NAGAO/ EXONERATION PROJECT
### Employee Complaint History from CRMS
### Incident date:
### 01-Jan-2000 to 23-Oct-2014

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1064597 | 03G | MISCELLANEOUS | | 03G | MISCELLANEOUS | 29-Aug-2013 | 31-Aug-2013 | 23-Jul-2014 | UN | 600 |
| 1065311 | 03B | SEARCH OF PERSON WITHOUT WARRANT | | 03B | SEARCH OF PERSON WITHOUT | 03-Oct-2013 | 03-Oct-2013 | 21-Feb-2014 | NA | 600 |
| 1070420 | | | | | | 17-Jul-2014 | 17-Jul-2014 | | |

Total 62

# FREEDOM OF INFORMATION ACT 14-4715 REQUESTOR: EVA NAGAO/ EXONERATION PROJECT

## Pre - 2000 Mainframe Complaint Register History
## 01-Jan-1967 to 31-Dec-1999

**EVANS, GLENN**  Unit: 120  Appt. Date: 14-Jul-1986

| CR# | Initial Complaint Category | | Incident | Complaint | Closed | Final Finding |
|---|---|---|---|---|---|---|
| 157375 | 10J | NEGLECT OF DUTY / CONDUCT UNBECOMING - ON DUTY | 04-Aug-1987 | 05-Aug-1987 | 30-Oct-1987 | NS |
| 171006 | 05A | ARRESTEE - DURING ARREST | 18-Sep-1989 | 18-Sep-1989 | 11-Jan-1990 | NS |
| 180143 | 05D | NO ARREST | 02-Nov-1990 | 02-Nov-1990 | 05-Oct-1993 | SU |
| 180494 | 05A | ARRESTEE - DURING ARREST | 16-Nov-1990 | 16-Nov-1990 | 06-Mar-1991 | NS |
| 180658 | 05D | NO ARREST | 25-Nov-1990 | 25-Nov-1990 | 27-Feb-1991 | NS |
| 181130 | 05A | ARRESTEE - DURING ARREST | 16-Dec-1990 | 17-Dec-1990 | 11-Apr-1991 | NS |
| 181804 | 01A | USE OF PROFANITY | 17-Jan-1991 | 18-Jan-1991 | 05-Aug-1991 | NS |
| 182480 | 10E | SECONDARY/SPECIAL EMPLOYMENT | 20-Feb-1991 | 20-Feb-1991 | 16-Apr-1998 | |
| 183393 | 10L | WEAPON/AMMUN./UNIFORM DEVIATION | 05-Apr-1991 | 05-Apr-1991 | 20-Sep-1991 | EX |
| 183626 | 10U | INADEQUATE/FAIL TO PROVIDE SERVICE | 15-Apr-1991 | 16-Apr-1991 | 29-Aug-1991 | EX |
| 185888 | 10Z | MISCELLANEOUS | 04-Jun-1991 | 22-Jul-1991 | 28-Apr-1993 | SU |
| 186139 | 10J | NEGLECT OF DUTY / CONDUCT UNBECOMING - ON DUTY | 30-Jul-1991 | 31-Jul-1991 | 21-Nov-1991 | NS |
| 187030 | 05A | ARRESTEE - DURING ARREST | 02-Sep-1991 | 02-Sep-1991 | 20-Nov-1991 | NS |
| 189367 | 05D | NO ARREST | 17-Dec-1991 | 17-Dec-1991 | 19-Oct-1996 | SU |
| 189783 | 03C | SEARCH OF PREMISE/VEHICLE W/O WARRANT | 09-Jan-1992 | 10-Jan-1992 | 09-Apr-1992 | NS |
| 190063 | 10J | NEGLECT OF DUTY / CONDUCT UNBECOMING - ON DUTY | 26-Jan-1992 | 27-Jan-1992 | 14-May-1992 | NS |
| 190997 | 01C | MISCELLANEOUS | 16-Mar-1992 | 16-Mar-1992 | 21-May-1993 | SU |
| 192020 | 09J | MISCELLANEOUS | 28-Apr-1992 | 04-May-1992 | 21-Aug-1992 | UN |
| 192108 | 10Z | MISCELLANEOUS | 08-May-1992 | 09-May-1992 | 01-Nov-1994 | SU |
| 195966 | 10T | REPORTS - FAIL TO SUBMIT/IMPROPER | 19-Oct-1992 | 19-Oct-1992 | 08-Apr-1993 | NS |
| 196732 | 10B | MEDICAL ROLL | 15-Nov-1992 | 20-Nov-1992 | 05-Nov-1993 | SU |
| 197376 | 05A | ARRESTEE - DURING ARREST | 17-Dec-1992 | 18-Dec-1992 | 24-Apr-1993 | NS |
| 198095 | 05G | WEAPON, USE OF | 20-Jan-1993 | 20-Jan-1993 | 02-Aug-1993 | EX |
| 199557 | 05A | ARRESTEE - DURING ARREST | 27-Mar-1993 | 27-Mar-1993 | 30-Oct-1995 | NS |
| 200516 | 09J | MISCELLANEOUS | 28-Feb-1993 | 12-May-1993 | 16-Jul-1993 | NS |
| 201028 | 05A | ARRESTEE - DURING ARREST | 04-Jun-1993 | 05-Jun-1993 | 21-Oct-1993 | NS |
| 201570 | 09A | ALTERCATION/DISTURBANCE - DOMESTIC | 27-Jun-1993 | 27-Jun-1993 | 20-Oct-1993 | NS |
| 202587 | 05A | ARRESTEE - DURING ARREST | 04-Aug-1993 | 04-Aug-1993 | 12-Nov-1993 | NS |
| 203207 | 05G | WEAPON, USE OF | 09-Aug-1993 | 30-Aug-1993 | 06-Jan-1995 | SU |
| 206243 | 10D | COMMUNICATION OPERATION PROCEDURES | 14-Jan-1994 | 15-Jan-1994 | 13-Oct-1994 | NS |
| 206426 | 05G | WEAPON, USE OF | 18-Nov-1993 | 25-Jan-1994 | 23-Jun-1994 | NS |
| 207100 | 05A | ARRESTEE - DURING ARREST | 24-Feb-1994 | 25-Feb-1994 | 23-Jun-1994 | NS |
| 208616 | 05A | ARRESTEE - DURING ARREST | 01-May-1994 | 01-May-1994 | 18-Oct-1994 | NS |
| 208859 | 05A | ARRESTEE - DURING ARREST | 11-May-1994 | 11-May-1994 | 15-Nov-1994 | NS |
| 211641 | 05A | ARRESTEE - DURING ARREST | 27-Aug-1994 | 27-Aug-1994 | 30-Jul-1996 | SU |
| 211943 | 05A | ARRESTEE - DURING ARREST | 09-Sep-1994 | 09-Sep-1994 | 23-Feb-1995 | NS |
| 212271 | 10V | INVENTORY PROCEDURES | 19-Sep-1994 | 20-Sep-1994 | 11-Feb-1995 | NS |
| 213435 | 05A | ARRESTEE - DURING ARREST | 05-Nov-1994 | 06-Nov-1994 | 27-Apr-1995 | NS |
| 215735 | 05A | ARRESTEE - DURING ARREST | 19-Feb-1995 | 21-Feb-1995 | 30-Jun-1995 | NS |
| 227880 | 08F | THEFT | 11-Jun-1996 | 12-Jun-1996 | 04-May-1998 | NS |
| 228829 | 09B | ALTERCATION/DISTURBANCE - NEIGHBOR | 22-Jun-1996 | 15-Jul-1996 | 18-Feb-1997 | NS |
| 228976 | 09J | MISCELLANEOUS | 20-Jul-1996 | 21-Jul-1996 | 21-Apr-1997 | NS |
| 230525 | 10F | COURT IRREGULARITIES | 13-Sep-1996 | 13-Sep-1996 | 20-Oct-1998 | SU |
| 231155 | 03C | SEARCH OF PREMISE/VEHICLE W/O WARRANT | 05-Oct-1996 | 07-Oct-1996 | 18-Feb-1997 | NS |
| 231910 | 05A | ARRESTEE - DURING ARREST | 02-Nov-1996 | 03-Nov-1996 | 12-Feb-1997 | NS |
| 232508 | 05G | WEAPON, USE OF | 17-Nov-1996 | 29-Nov-1996 | 24-Dec-1997 | NS |
| 233671 | 01A | USE OF PROFANITY | 28-Nov-1996 | 15-Jan-1997 | 11-Apr-1997 | NS |
| 233811 | 05A | ARRESTEE - DURING ARREST | 20-Jan-1997 | 21-Jan-1997 | 22-Apr-1997 | NS |

**NOTE:** THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.

1

Case: 1:12-cv-06170 Document #: 76-1 Filed: 12/23/14 Page 7 of 7 PageID #:3901

23-Oct-2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 237824 | 05A | ARRESTEE - DURING ARREST | 20-Jun-1997 | 23-Jun-1997 | 04-Nov-1997 | UN |
| 238338 | 10Z | MISCELLANEOUS | 11-Jul-1997 | 11-Jul-1997 | 03-Dec-1997 | NS |
| 239521 | 05A | ARRESTEE - DURING ARREST | 23-Aug-1997 | 26-Aug-1997 | 21-Jan-1998 | NS |
| 240055 | 05E | TRAFFIC | 14-Sep-1997 | 15-Sep-1997 | 12-Feb-1998 | NS |
| 240703 | 03D | ILLEGAL ARREST | 27-Dec-1996 | 09-Oct-1997 | 18-Feb-1998 | NS |
| 244544 | 03C | SEARCH OF PREMISE/VEHICLE W/O WARRANT | 08-Apr-1998 | 08-Apr-1998 | 14-Jul-1998 | NS |
| 246406 | 01A | USE OF PROFANITY | 27-Jun-1998 | 27-Jun-1998 | 09-Oct-1998 | NS |
| 249055 | 14A | STATE CIVIL SUIT | 30-Dec-1996 | 08-Oct-1998 | 22-Jun-1999 | NS |
| 249493 | 03C | SEARCH OF PREMISE/VEHICLE W/O WARRANT | 26-Oct-1998 | 27-Oct-1998 | 24-Mar-1999 | NS |
| 250706 | 01A | USE OF PROFANITY | 26-Dec-1998 | 28-Dec-1998 | 05-May-1999 | NS |
| 256267 | 10J | NEGLECT OF DUTY / CONDUCT UNBECOMING - ON DUTY | 31-Aug-1999 | 31-Aug-1999 | 09-Mar-2001 | NS |
| 257889 | 08F | THEFT | 20-Oct-1999 | 09-Nov-1999 | 31-May-2000 | NS |
| 258697 | 05D | NO ARREST | 15-Dec-1999 | 15-Dec-1999 | 25-Apr-2000 | NS |

Total CR  66



**NOTE:** THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.

2