# SUPPLEMENTARY REPORT
### CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE – TIME**
18 MAR 97  2339

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY – AGGRAVATED (HANDGUN) | 041A | 2352 E. 75TH STREET | 334 |

| 5. VICTIM/SUBJECT NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| JONES, Timothy / ANDERSON, Chuck | | ☐1 YES ☒2 NO | 334 |

| 8. VICTIM/SUBJECT ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 7522 S. YATES / 7200 S. JEFFREY #2B | STREET | 304 |

**10. DESCRIBE PROPERTY IN NARRATIVE** T = TAKEN; R = RECOVERED

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| LOGAN, Leonard A. | 3653 S. FEDERAL #504 | M / B / 24 | 5'8" | 205 | BRN | BLK | DARK |

| 14. C.B. NO. | I.R. NO. / Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO. / Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1  10550464 | IR# 0820485 | | OFF. 2 –DNA– | | | ( 1 ) | 007 |

**80. NARRATIVE**

IN CUSTODY: LOGAN, Leonard A. M/B/D.O.B. 30 JAN 72 / 3653 S. FEDERAL #504
    SS# 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 / DL# L250-5217-2185 (IL)

CHARGES: WARRANT #CB005721 " 1ST DEGREE MURDER " / 720ILCS570/402(C) – P.C.S.
    LDS# W97F9840 " HOMICIDE "
    LDS# W97G5496 "RESISTING / DISARMING A PEACE OFFICER"
    LDS# W97J2088 "FLIGHT TO AVOID ARREST / 1ST DEGREE MURDER"

COURT INFO: BRANCH 66 (23 JUNE 97)

ARRESTING OFFICERS: BEAT #734  M. JONES #10390 / L. BRADY #19779
    BEAT #722  H. AL-AMIN #13730 / X. ARTIS #18297
    BEAT #723  J. KUHAR #10320 / J. MESEOK #16664
    BEAT #4519B G. EVANS #16448 / M. ECTOR #4134

IN SUMMARY: A/O'S RESPONDED TO A CALL V.I.A. O.E.C. OF A M/B/ 20's / 5'8" / 190 WEARING A WHITE T-SHIRT AND BLUE JEANS WANTED FOR A HOMICIDE AT 1023 W. 63RD STREET 2ND FLOOR. A/O'S RELOCATED TO SAID ADDRESS AND OBSERVED THE OFFENDER (MATCHING DESCRIPTION) STANDING AT THE REAR OF SAID LOCATION, AS A/O'S APPROACHED THE OFFENDER FLED WITH A/O'S IN HOT PURSUIT. AFTER A BRIEF CHASE A/O'S APPREHENDED THE OFFENDER ON THE ROOF AT 1023 W. 63RD ST. A/O'S CONFIRMED THE SUBJECT WAS IN FACT A WANTED HOMICIDE OFFENDER AT WHICH TIME HE WAS PLACED UNDER ARREST AND READ MIRANDA. A/O'S CONDUCTED A CUSTODIAL SEARCH WHICH PRODUCED (1) LARGE CLEAR PLASTIC BAGGIE CONTAINING (13) SMALL CLEAR ZIP-LOC BAGGIES CONTAINING "SUSPECT CRACK COCAINE" FROM THE OFFENDERS LEFT FRONT PANTS POCKET. A/O'S ALSO RECOVERED AND INVENTORIED $ 1,031.00 U.S.C. FROM THE OFFENDERS RIGHT PANTS POCKET. THE OFFENDER WAS THEN TRANSPORTED TO THE 007TH DISTRICT FOR FURTHER PROCESSING WHERE IT WAS LEARNED THAT THE OFFENDER WAS ALSO WANTED ON (3) ADDITIONAL LEADS WARRANTS.

NOTIFICATIONS: 007TH DISTRICT DESK – CHAMBLISS / BEAT #720 / BEAT #799
    CENTRAL WARRANTS – MAYES #369 / LEADS DESK – WALCZAK #19040
    A2VC – SGT. MANN #1682 / E.T. (209) WATSON #14177

17. RD NO. B – 165102

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY/MO/YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| A2VC | 20 JUNE 97 | 2015 | T. Kennedy | 635 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | DATE APPROVED (DAY-MO-YR) | TIME |
|---|---|---|---|---|---|---|
| H. AL-AMIN | #13730 | X. ARTIS | #18297 | | 20 Jun 97 | 2000 |

Exhibit B