## AFFIDAVIT

I, Erven Walls, under oath and penalty of perjury, subscribe and swear as follows:

1. My name is Erven Walls. My birthday is August 15, 1973.

2. On March 18, 1997 I was with a female ("Baby Girl") at a BBQ stand on the Southeast corner of the intersection of Yates and 75th.

3. This part of town was controlled by the Blackstones, and was nicknamed "Terror Town".

4. My female acquaintance, Baby Girl, was getting BBQ while I waited in the car, a prime blue 87' Cutlass I obtained from associates at Cabrini Green that used the car for dates with females.

5. I saw an associate of mine, Kenneth Mosbey, in the passenger seat of a large, dark vehicle that pulled into the gas station across from the BBQ stand.

6. In March of 1997, both Mosbey and I were affiliated with the Gangster Disciples, though I have known him since childhood.

7. I knew Mosbey to be a "UFO" or "hitter", part of a crew who took care of gang business that related to shootings and security.

8. Mosbey was easily identifiable at the time as a very short 17-18 year old. He was around 5'6" to 5'8", had "bubble eyes", and had one cross-eye.

9. Mosbey's childhood nickname was "Duck" because of his duck-like appearance, though later he went by "Dino".

10. On March 18, 1997, he was wearing a dark blue shirt and dark pants.

11. I also recognized the driver of Mosbey's car as a woman he was seeing named "Tonya" that had grown up around the same neighborhood as part of my family, and who hung out with the Gangster Disciples. I was shown some photos attached as A + B to this affidavit. E.W These look like "Tonya" but I can't say for sure. These photos look like the person gained some weight from when I saw her if this was the same person.

12. After spotting Mosbey across the street, I quickly drove Baby Girl over to the gas station so I could catch him to talk about gang business, and stopped the car with E.W. ~~~~ in the middle of the pumps. E.W.

Exhibit C

I came to Dixon from Stateville about a year and a half ago and we didn't get to talk until a few months ago when I saw him in the library. I asked him what he was here for and as we were talking I realized he was here bogus and that I saw the shooting. I then wrote a letter to Leonard's attorney and asked her to come see me. *E.W*

13. I saw Mosbey exit the car and fire into a crowd of people at the payphones.

14. One man ran off into an alley, and Mosbey shot at him before running back to the car and getting in the passenger's side.

15. I immediate drove off with Baby Girl onto 75th towards Jeffrey, and the car Mosbey was in left the station heading the other direction.

16. I was never contacted by any agency about this shooting, nor did I know that someone was seriously injured.

17. Around this time, I was staying at 5851 N. Winthrop, with Dolores Carter. *E.W* I would visit with Mosbey and Tonya up the block a few times *E.W* and smoke weed. *E.W* and we would ~~get high~~. We did not talk about the shooting after it happened. *E.W* I didn't see Mosbey and Tonya very much because when I was up there I was trying to spend time with Ms. Carter. She was my woman. *E.W*

18. Later the next year, around January or so when I had just broke things off with Baby Girl, *E.W* at Tonya's apartment and stated that Mosbey mentioned the shooting to me ~~to say that~~ Tonya had talked to the police, and put the shooting on some guy. I did not ask any questions. He told me this was already taken *E.W* care of because she had pointed out some other person. When Mosbey was telling me this Tonya was there and she looked worried and scared.

19. I am signing this affidavit of my own free will. Nobody promised me anything for it. If called on to testify, I would testify consistently with this affidavit.

that the police wanted her to point at specifically. *E.W*

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 5 DAY December, 2014

_____
NOTARY PUBLIC

**OFFICIAL SEAL**
**LAUREN EVA NAGAO**
Notary Public - State of Illinois
My Commission Expires May 15, 2018



A Mr. [signature] Wallace



B Mr. [signature] Wallace