IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>LEONARD LOGAN,<br><br>    Petitioner,<br><br>vs.<br><br>NEDRA CHANDLER, Warden,<br><br>    Respondent. | Case No. 12 CV 6170<br><br>Judge Kennelly |

## STATUS REPORT
## ON STATE COURT PROCEEDINGS

Petitioner Leonard Logan here reports on the status of petitioner's state court proceedings:

1. In January 2015, this Court granted petitioner's motion to stay his federal habeas proceedings while he exhausts certain claims in Illinois state court. (Dckt. No. 78.)

2. In June 2015, the Circuit Court of Cook County granted petitioner leave to file a successive post-conviction petition raising those claims. That petition remains pending in state court.

3. Over the calendar years 2015 and 2016, Petitioner filed several status reports with this Court advising the Court about the pendency of the state court proceedings (Dckts. Nos. 80, 82, 84, 86.) In a status before this Court on March 28, 2016, this Court advised the parties that it was contemplating a bifurcated ruling on Logan's claims. The Court indicated it might rule on exhausted claims that were the subject of the evidentiary hearing held February 18, 19 and 20,

2014, and reserve ruling on Logan's additional claims amended to his petition on December 23, 2014 (Dckt. No. 76) that remain stayed pending exhaustion in state court. (Dckt. No. 78.) The Court directed the parties to file a status report reflecting the parties' position on this potential manner of addressing Logan's claims. The parties did so. (Dckts. Nos. 88, 89.) At a status hearing on April 18, 2016, the Court advised the parties that it would take under advisement the status reports filed by the parties about the potential for a bifurcated ruling on Mr. Logan's habeas claims. (Dckt. No. 90.)

    4.    Although not requested by the Court, Mr. Logan files the present status report to advise the Court about developments in the state court post-conviction proceedings. They continue to proceed slowly. Mr. Logan's case is being investigated by the Cook County State's Attorney's Office Conviction Integrity Unit. By the agreement of the parties to the state court proceedings, the Conviction Integrity Unit has submitted certain physical evidence in this case to the Illinois State Police for forensic evaluation. Because of the limited testing slots available for the Illinois State Police to conduct forensic testing, counsel for Mr. Logan has been advised by the State's Attorney's Office that forensic testing will not be able to move forward until August of 2017.

    5.    The next state court status on Mr. Logan's case is April 10, 2017. Counsel for Mr. Logan anticipates that no further developments on Mr. Logan's post-conviction case will occur until the forensic testing is concluded in the fall of 2017. The state court judge has indicated he will not allow the post-conviction pleadings to proceed until forensic testing is concluded. Counsel will advise this Court if the state court matter moves forward during the pendency of the testing.

6. Petitioner also notes as a housekeeping matter that John Varga is now the warden of Dixon Correctional Center, and should be substituted as the respondent in this matter.

                                  Respectfully Submitted,

                                  /s/ Tara Thompson
                                Jon Loevy
                                Tara Thompson
                                David B. Owens
                                THE EXONERATION PROJECT
                                at the University of Chicago Law School
                                6020 S. University Avenue
                                Chicago, IL 60637
                                (312) 789-4955
                                Counsel for Petitioner

                                DATE:       March 17, 2017

## **CERTIFICATE OF SERVICE**

I, Tara Thompson, an attorney, certify that on March 17, 2017, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

/s/ Tara Thompson

Case: 1:12-cv-06170 Document #: 91 Filed: 03/17/17 Page 4 of 4 PageID #:3946