IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD LOGAN, R11048, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 12 C 6170 |
| | ) | |
| | ) | |
| JOHN VARGA, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## Status Report

The Cook County State's Attorney's Office (CCSAO) has advised respondent's counsel that it filed a response to petitioner's postconviction petition yesterday and that the court set a deadline of April 30, 2018, for petitioner to reply. Petitioner's counsel has confirmed to respondent's counsel that this information is correct.

The CCSAO further advised respondent's counsel that its Conviction Integrity Unit is still awaiting the results of digital forensics on the cellular telephone that was previously tested for DNA evidence.

April 5, 2018

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Retha Stotts
RETHA STOTTS, Bar # 6270680
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218

Telephone: (312) 814-0010
Fax: (312) 814-2253
Email: rstotts@atg.state.il.us