IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>LEONARD LOGAN,<br><br>      Petitioner,<br><br>      vs.<br><br>NEDRA CHANDLER, Warden,<br><br>      Respondent. | Case No. 12 CV 6170<br><br>Judge Kennelly |

**FURTHER STATUS REPORT
ON STATE COURT PROCEEDINGS**

NOW COMES Petitioner Leonard Logan, by and through his counsel, and provides the following further status report on the state court proceedings in this case:

1. Earlier today, April 5, 2018, the undersigned counsel had a telephone call with counsel for Respondent in which counsel discussed the status of this matter.

2. Following that telephone call, counsel for Respondent filed a status report reflecting its understanding of the status of the case. That status report is, to the knowledge of Petitioner's counsel, accurate.

3. To that status report, Petitioner adds the following information:

4. The parties were last before this Court on February 5. At that time, this Court indicated it would not lift the stay in this matter at this time. The Court directed the parties to continue to keep the Court apprised of the status of the state court proceedings.

5. On February 26, Mr. Logan appeared in the state court matter through the undersigned counsel. The State was not prepared to proceed. The State sought until March 27,

2018, to respond to Mr. Logan's post-conviction petition. That date was by the State's motion and was not by agreement.

6. On March 27, 2018, the parties again appeared, and the State was once again not prepared to proceed. Again, by the State's motion and not by the agreement of the parties, this matter was set over to April 4, 2018.

7. At the status on April 4, 2018, the State filed a response to Mr. Logan's post-conviction petition. In that response, the State denied that Mr. Logan could meet his burden to prove his actual innocence claim, but agreed that he was entitled to an evidentiary hearing on this claim.

8. The State moved to dismiss the remainder of Mr. Logan's post-conviction claims, arguing that he failed to satisfy the cause and prejudice test to bring those claims in a successive petition as required by 725 ILCS 5/122-1(f).

9. It remains Mr. Logan's position that he is entitled to an evidentiary hearing on all of his claims. Mr. Logan sought until April 30, 2018, to file a response to the State's motion to dismiss. The parties are back before the state court on that date for that filing.

10. Neither this pleading nor anything the State has put on the record before the State court judge indicates that it is waiting on any forensic testing results before proceeding in this case.

                                                Respectfully Submitted,

                                                /s/ Tara Thompson

                                                Jon Loevy
                                                Tara Thompson
                                                David B. Owens
                                                THE EXONERATION PROJECT

    at the University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
(312) 789-4955
Counsel for Petitioner

DATE:       April 5, 2018

## **CERTIFICATE OF SERVICE**

  I, Tara Thompson, an attorney, certify that on April 5, 2018, I sent by electronic means a copy of the attached Further Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

                    /s/Tara Thompson