IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>LEONARD LOGAN,<br><br>      Petitioner,<br><br>      vs.<br><br>NEDRA CHANDLER, Warden,<br><br>      Respondent. | Case No. 12 CV 6170<br><br>Judge Kennelly |

## PETITIONER'S STATUS REPORT
## ON STATE COURT PROCEEDINGS

NOW COMES Petitioner Leonard Logan, by and through his counsel, and presents the following further status report on the state court proceedings in this case:

1. On June 27, 2018, Respondent filed a status report with this Court (Docket No. 112) reflecting that oral arguments on the State's motion to dismiss Mr. Logan's petition were set for July 12, 2018, in state court, but that arguments would likely be rescheduled. Mr. Logan provides further updates as set forth below.

2. The State has filed a partial motion to dismiss Mr. Logan's petition for post-conviction relief. The State has conceded Mr. Logan is entitled to an evidentiary hearing on his actual innocence claim, but has moved to dismiss the remainder of his claims. The State's motion has been fully briefed.

3. Today, the undersigned counsel, who also represents Mr. Logan in state court, and counsel for the State conferred with Judge Obbish and tentatively reset arguments for July 26, 2018. Counsel for petitioner anticipates arguments will be complete on that date.

4. At this time, counsel for Petitioner has no anticipated date for ruling on that motion, or for the conclusion of the state court proceedings.

        Respectfully Submitted,


        /s/ Tara Thompson

        Jon Loevy
        Tara Thompson
        David B. Owens
        THE EXONERATION PROJECT
         at the University of Chicago Law School
        6020 S. University Avenue
        Chicago, IL 60637
        (312) 789-4955
        Counsel for Petitioner

        DATE:      June 28, 2018

## **CERTIFICATE OF SERVICE**

     I, Tara Thompson, an attorney, certify that on June 28, 2018, I sent by electronic means a copy of the attached Petitioner's Further Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

                                                     /s/Tara Thompson