# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) | |
| LEONARD LOGAN, ) | |
| ) | Case No. 12 CV 6170 |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEDRA CHANDLER, Warden, ) | |
| ) | Hon. Judge Kennelly |
| Respondent. ) | |

## THE PARTIES' STATUS REPORT
## ON STATE COURT PROCEEDINGS

NOW COMES Petitioner Leonard Logan and Respondent Nedra Chandler, by and through their counsel, and present the following status report on the state court proceedings in this case:

On January 14, 2019, Leonard Logan had a status before the state court on his state court post-conviction proceedings. The state court set an evidentiary hearing date for Mr. Logan's Illinois state actual innocence claim about Ervin Walls, the only issue that the state court allowed to proceed to an evidentiary hearing. That hearing is set to take place on February 6, 2019. The hearing may conclude that date or may need a separate date for argument following the presentation of evidence.

Respectfully Submitted,

/s/ Tara Thompson
Jon Loevy
Tara Thompson
David B. Owens
THE EXONERATION PROJECT
 at the University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
(312) 789-4955
tara@exonerationproject.org
*Counsel for Petitioner*

/s/ *Retha Stotts*
RETHA STOTTS
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-0010
FAX: (312) 814-2253
EMAIL: rstotts@atg.state.il.us
*Counsel for Respondent*

DATE:        January 15, 2019

**CERTIFICATE OF SERVICE**

  I, Tara Thompson, an attorney, certify that on January 15, 2018, I sent by electronic means a copy of the attached Parties' Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

                    /s/Tara Thompson