IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. <br> LEONARD LOGAN, <br><br> Petitioner, <br><br> vs. <br><br> NEDRA CHANDLER, Warden, <br><br> Respondent. | Case No. 12 CV 6170 <br><br> Judge Kennelly |

**THE PARTIES' STATUS REPORT
ON STATE COURT PROCEEDINGS**

NOW COMES Petitioner Leonard Logan and Respondent Nedra Chandler, by and through their counsel, and present the following status report on the state court proceedings in this case:

On February 6, 2019, the state court commenced an evidentiary hearing on Petitioner's state court post-conviction claims. The state court heard testimony from witness Ervin Walls. The matter is not concluded. The court set a status date for March 6, 2019 to set additional hearing dates beyond that date. The hearing may need one or two additional dates to conclude the presentation of evidence and argument.

Respectfully Submitted,

/s/ Tara Thompson

Jon Loevy
Tara Thompson
David B. Owens
THE EXONERATION PROJECT

at the University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
(312) 789-4955
Counsel for Petitioner

/s/ *Retha Stotts*
RETHA STOTTS
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-0010
FAX: (312) 814-2253
EMAIL: rstotts@atg.state.il.us
*Counsel for Respondent*

DATE:	March 1, 2019

3

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on March 1, 2019, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

/s/Tara Thompson