IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| LEONARD LOGAN, | ) | |
| | ) | Case No. 12 CV 6170 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | |
| | ) | Judge Kennelly |
| Respondent. | ) | |

**THE PARTIES' STATUS REPORT
ON STATE COURT PROCEEDINGS**

NOW COMES Petitioner Leonard Logan and Respondent Nedra Chandler, by and through their counsel, and present the following status report on the state court proceedings in this case:

1. **Petitioner's counsel reports as follows:** On April 10, 2019, the state court was to have a scheduled hearing date on Petitioner's pending post-conviction petition, potentially to finish the presentation of evidence and to hear closing arguments. Counsel for Petitioner and the assistant state's attorney assigned to the matter had been conferring about ongoing discovery issues, and the assistant state's attorney had located in the file audio tapes that Petitioner's counsel believed had the potential to be the 911 calls that petitioner has long sought in this case. Although the assistant state's attorney did not hear anything on these tapes when playing them using her in-house equipment, she invited petitioner's counsel to listen to the tapes on the day of the hearing using counsel's own equipment. Counsel did so and discovered the tapes contained the 911 and radio traffic from the date of the shooting at issue in Petitioner's conviction.

Petitioner's counsel believes these audio tapes constitute additional relevant evidence that might require the amendment of Petitioner's post-conviction petition and potentially the further amendment of the habeas pleadings before this Court (although obviously at present these proceedings remain stayed). The state court stayed Mr. Logan's evidentiary hearing and set May 8, 2019, as a return date to address how to proceed in light of these developments.

                                            Respectfully Submitted,

                                            /s/ Tara Thompson
                                            Jon Loevy
                                            Tara Thompson
                                            David B. Owens
                                            THE EXONERATION PROJECT
                                              at the University of Chicago Law School
                                            6020 S. University Avenue
                                            Chicago, IL 60637
                                            (312) 789-4955
                                            Counsel for Petitioner

                                            /s/ Brian McLeish
                                            BRIAN MCLEISH
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601-3218
                                            PHONE: (312) 814-0010
                                            FAX: (312) 814-2253
                                            EMAIL: bmcleish@atg.state.il.us
                                            *Counsel for Respondent*

                                            DATE:        April 11, 2019

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on April 11, 2019, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

      /s/Tara Thompson