IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>LEONARD LOGAN,<br><br>   Petitioner,<br><br>   vs.<br><br>NEDRA CHANDLER, Warden,<br><br>   Respondent. | Case No. 12 CV 6170<br><br>Judge Kennelly |

**THE PARTIES' STATUS REPORT
ON STATE COURT PROCEEDINGS**

  NOW COMES Petitioner Leonard Logan and Respondent Nedra Chandler, by and through their counsel, and present the following status report on the state court proceedings in this case:

  As previously reported to this Court, on April 10, 2019, the Circuit Court of Cook Count stayed Mr. Logan's evidentiary hearing on his post-conviction petition after new evidence, the 911 calls that Petitioner has long sought in this case, surfaced. Petitioner is investigating the recordings on those tapes in order to supplement his pending post-conviction petition with the additional exculpatory evidence contained therein. The next court date in his state court proceedings is June 4, 2019. At this time, there is no set date for the evidentiary hearing to resume.

Respectfully Submitted,


/s/ Tara Thompson

Jon Loevy
Tara Thompson
David B. Owens
THE EXONERATION PROJECT
 at the University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
(312) 789-4955
tara@exonerationproject.org
*Counsel for Petitioner*

/s/ Jason Krigel
JASON KRIGEL
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-0010
FAX: (312) 814-2253
jkrigel@atg.state.il.us
*Counsel for Respondent*

DATE:  May 30, 2019

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on May 30, 2019, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

                                                      /s/Tara Thompson