# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) <br> LEONARD LOGAN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> NEDRA CHANDLER, Warden, ) <br> ) <br> Respondent. ) | Case No. 12 CV 6170 <br><br> Judge Kennelly |

## THE PARTIES' STATUS REPORT
## ON STATE COURT PROCEEDINGS

NOW COME Petitioner Leonard Logan and Respondent Nedra Chandler, by and through their counsel, and present the following status report on the state court proceedings in this case:

1. As previously reported to this Court, on April 10, 2019, the Circuit Court of Cook Count stayed Mr. Logan's evidentiary hearing on his post-conviction petition after new evidence, the 911 calls that Petitioner has long sought in this case, surfaced.

2. On July 15, 2019, Mr. Logan filed a motion for leave to supplement his pending post-conviction petition with evidence from the 911 calls. Mr. Logan asserted in that motion that this evidence supports both his ineffective assistance counsel and actual innocence claims.

3. The Circuit Court of Cook County set August 13, 2019 as the next court date for the parties to return for the State of Illinois to respond to Mr. Logan's motion.

4. At this time, there is no set date for the evidentiary hearing to resume.

Respectfully Submitted,


/s/ Tara Thompson

Jon Loevy
Tara Thompson
David B. Owens
THE EXONERATION PROJECT
  at the University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
(312) 789-4955
tara@exonerationproject.org
*Counsel for Petitioner*

/s/ Jason Krigel
JASON KRIGEL
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-0010
FAX: (312) 814-2253
jkrigel@atg.state.il.us
*Counsel for Respondent*

DATE:       July 30, 2019

**CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on July 30, 2019, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

      /s/Tara Thompson