```
                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


  LEONARD LOGAN,                         )  Docket No. 12 C 6170
                                         )
              Plaintiff,                 )
                                         )
         vs.                             )
                                         )
  NEDRA CHANDLER,                        )  Chicago, Illinois
                                         )  October 18, 2017
              Defendant.                 )  9:30 o'clock a.m.


               TRANSCRIPT OF PROCEEDINGS - MOTION
             BEFORE THE HONORABLE MATTHEW F. KENNELLY


  APPEARANCES:

  For the Plaintiff:     LOEVY & LOEVY
                         BY:  MS. TARA ELIZABETH THOMPSON
                         311 N Aberdeen Street, 3rd Floor
                         Chicago, IL 60607
                         312 243 5900


  For the Defendant:     ILLINOIS ATTORNEY GENERAL
                         CRIMINAL APPEALS DIVISION
                         BY:  MS. RETHA STOTTS
                         100 W. Randolph St., 12th Floor
                         Chicago, IL 60601
                         (312) 814-0010




  Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                         Official Court Reporter
                         219 S. Dearborn Street, Suite 2102
                         Chicago, Illinois  60604
                         (312) 435-5639
```

1   (The following proceedings were had in open court:)
2           THE CLERK:  Case No. 12 C6170, Logan v. Chandler.
3           MS. THOMPSON:  Good morning, your Honor.  Tara
4   Thompson on behalf of petitioner.
5           MS. STOTTS:  Good morning, your Honor.  Retha Stotts
6   from the Attorney General's office for respondent.
7           THE COURT:  So I looked at everything that's been
8   filed so far.  Is there anything anybody has to say that you
9   haven't already said?
10          MS. THOMPSON:  Not unless the Court has any
11  questions, your Honor.
12          THE COURT:  No.
13          So first of all, the default rule is when you got
14  something pending in state court, the brakes have to get put
15  on the federal habeas, and the default rule doesn't really
16  quite capture it because it's an almost exclusive rule with a
17  very limited exception.  An exception might be if the -- and
18  I'm not stating this exactly the way it's stated in the cases,
19  but if the state case is basically stalled out and nothing is
20  happening, that might give a little window to go ahead and
21  finish the pending federal case even though there's still
22  something pending in the state court.
23          So first of all, nobody forced Mr. Logan to file his
24  case in state court, that's number one.
25          Number two, virtually all of the delay up until

1 recently has been essentially by agreement, and I'm not
2 faulting anybody for that. There's good reasons to agree to
3 it, because there's apparently some reinvestigation that's
4 going on that involves DNA testing and review by people and
5 it's probably taking longer than you'd like it to take, but
6 that was agreed to.
7 More recently, you know, I think there's been some
8 effort to try to move the state court case ahead, and the
9 contention I think -- the only thing to me that comes close to
10 persuasiveness at this point is the idea that the state post
11 conviction petition is going to get slow walked; in other
12 words, there is a date that's been set for a response, but we
13 all know what's going to happen. It's going to get extended,
14 extended, extended, and honestly, that's probably that's true;
15 but I don't think we're at the point yet where I can just kind
16 of pull the plug on that and go ahead and rule.
17 So I think the motion that's -- the motion that was
18 filed is a motion to lift the stay. It's denied without
19 prejudice -- Pam, that's docket number 94 -- for the reasons
20 that I just described. I am going to ask you for another
21 status report -- what is the current due date for the response
22 to the PC?
23 MS. THOMPSON: December 20th, your Honor.
24 THE COURT: Okay. 28th?
25 MS. THOMPSON: 20th.

1   THE COURT: 20th, okay. So I'm going to ask you to
2   file a status report let's say on the 4th of January, a joint
3   status report just telling me what's going on with all of the
4   various things that are going on at the state's attorney's
5   office and with the PC, and I am going to have you come back a
6   week after that, which is the 11th of January at 9:30.
7   	MS. THOMPSON: Thank you, your Honor.
8   	THE COURT: Thanks. Take care.
9   	MS. STOTTS: Thank you.
10   (Which were all the proceedings had in the above-entitled
11   cause on the day and date aforesaid.)
12   I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
13
14   Carolyn R. Cox                                    Date
     Official Court Reporter
15   Northern District of Illinois
     /s/Carolyn R. Cox, CSR, RPR, CRR, FCRR
16
17
18
19
20
21
22
23
24
25