**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEONARD LOGAN, | ) ) ) | |
| Petitioner, | ) ) | Case No. 12-CV-6170 |
| vs. | ) ) ) | |
| NEDRA CHANDLER, | ) ) | The Honorable Matthew Kennelly |
| Respondent. | ) | |

ORDER

This matter having come before the Court, for good cause show, and with Respondent's indication that she does not oppose the Petitioner's motion, Petitioner's motion to voluntarily dismiss the additional claims raised in his amended petition for a writ of habeas corpus, Docket No. 139, is hereby granted. Petitioner's claims identified as grounds 9, 10, and 11 in his amended petition (Docket No. 76) are hereby dismissed. This Court consequently lifts the stay of these proceedings.

_____
The Hon. Matthew F. Kennelly
United States District Judge

Date: March 4, 2020