# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) | |
| LEONARD LOGAN, ) | |
| ) | Case No. 12 CV 6170 |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEDRA CHANDLER, Warden, ) | |
| ) | Judge Kennelly |
| Respondent. ) | |

## PETITIONER'S STATUS REPORT
## ON STATE COURT PROCEEDINGS

NOW COME Petitioner Leonard Logan, by and through his counsel, and present the following status report on the state court proceedings in this case:

1. As previously reported to this Court, Mr. Logan has been in the middle of an evidentiary hearing on his post-conviction actual innocence claim in the Circuit Court of Cook County. That hearing began in 2019 but had been stayed when new evidence surfaced that Mr. Logan sought to supplement to his petition, and had been further delayed by the closure of the Illinois courts due to the COVID-19 pandemic.

2. On September 9, 2020, the hearing finally concluded, as the state court heard final evidence and argument. That same day, the state court denied Mr. Logan post-conviction relief. Mr. Logan intends to appeal both this decision and the state court's decision to deny him an evidentiary hearing on his other due process and ineffective assistance of counsel claims.

3. Even though this Court has lifted the stay on these proceedings (Dckt. No. 142) Mr. Logan nevertheless wanted to apprise this Court or the status of the state court litigation.

Respectfully Submitted,


/s/ Tara Thompson

Jon Loevy
Tara Thompson
David B. Owens
THE EXONERATION PROJECT
 at the University of Chicago Law School
311 N. Aberdeen Street
Chicago, IL 60607
(312) 789-4955
tara@exonerationproject.org
*Counsel for Petitioner*

DATE:	September 11, 2020

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on September 11, 2020, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

                                                      /s/Tara Thompson