IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) | |
| LEONARD LOGAN, ) | |
| ) | Case No. 12 CV 6170 |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEDRA CHANDLER, Warden, ) | |
| ) | Judge Kennelly |
| Respondent. ) | |

**PETITIONER'S STATUS REPORT
ON STATE COURT PROCEEDINGS**

NOW COMES Petitioner Leonard Logan, by and through his counsel, and presents the following status report on the state court proceedings in this case:

1. Petitioner provides this status report to update the Court on the status of his state court proceedings.

2. On March 4, 2020, this Court granted Petitioner's motion to voluntarily dismiss his unexhausted claims and lifted the stay previously granted to Petitioner. Dckt. 142. This ruling left this matter ready for resolution of the claims that Petitioner properly exhausted and that this Court heard at the evidentiary hearing of this matter. The evidentiary hearing is complete and this case is ready for adjudication.

3. Petitioner kept pursuing his unexhausted claims in state court despite the lifting of the stay, and had an evidentiary hearing on those post-conviction claims over the course of 2019 and 2020. In September 2020, his state post-conviction case on those unexhausted claims proceeded to appeal. That appeal is proceeding but has been delayed by the COVID-19

pandemic and attendant delay in the preparation of his record on appeal. Petitioner expects the record on appeal to finally be completed by March 5, 2021, which would make his opening brief in the state court proceedings due on April 9, 2021.

4. Petitioner has conferred with Respondent prior to the filing of this report, and both parties are willing to appear at any status conference set by this Court, or to provide a further status report as directed by this Court.

        Respectfully Submitted,

        /s/ Tara Thompson

        Jon Loevy
        Tara Thompson
        David B. Owens
        Karl Leonard
        THE EXONERATION PROJECT
          at the University of Chicago Law School
        6020 S. University Avenue
        Chicago, IL 60637
        (312) 789-4955
        tara@exonerationproject.org
        *Counsel for Petitioner*

        DATE:        September 24, 2021

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on February 24, 2021, I sent by electronic means a copy of the attached Status Report on State Court Proceedings, to counsel of record through this Court's CM/ECF System.

      /s/Tara Thompson