IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD LOGAN | ) | |
| Petitioner, | ) ) ) | Case No. 12 CV 6170 |
| vs. | ) ) ) | |
| NEDRA CHANDLER, Warden, | ) ) | The Honorable Matthew Kennelly |
| Respondent. | ) | |

**MOTION TO WITHDRAW**

NOW COMES Petitioner, LEONARD LOGAN, by and through his attorneys, THE EXONERATION PROJECT, and hereby seeks leave of the Court for attorney Tara Thompson to withdraw as counsel for Petitioner Leonard Logan. In support, Petitioner states as follows:

1. Ms. Thompson has concluded her employment at The Exoneration Project, the organization representing Petitioner Leonard Logan in this matter.

2. The Exoneration Project will continue to represent Mr. Logan. Exoneration Project attorneys Karl Leonard and David B. Owens have filed appearances in this matter and will continue to represent Mr. Logan.

3. No party will be prejudiced if Ms. Thompson is permitted to withdraw her appearance in this matter.

WHEREFORE, Petitioner Leonard Logan respectfully requests the Court enter an order permitting Tara Thompson to withdraw her appearance as counsel in this matter.

Dated: April 26, 2021                         Respectfully submitted,

                                              /s/ Karl Leonard
                                              One of Petitioner's Attorneys

Karl Leonard
David B. Owens
THE EXONERATION PROJECT
   at the University of Chicago Law School
311 North Aberdeen Street
Chicago, IL 60607
(312) 789-4955
karl@exonerationproject.org

*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

I, Karl Leonard, an attorney, hereby certify that on April 26, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Karl Leonard