UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. LEONARD LOGAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 12 C 6170 |
| TARRY WILLIAMS, Warden, Dixon Correctional Center, | ) ) ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## FINAL JUDGMENT

Pursuant to this Court's June 30, 2023 Memorandum Opinion and Order, Doc. 152, in which this Court held it would grant petitioner's section 2254 motion [dkt. no. 76], the Court enters the following judgment in this case:

The Court grants Leonard Logan's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Circuit Court of Cook County is directed to vacate Leonard Logan's conviction in People v. Leonard Logan, Case No. 97 CR 19288. The State of Illinois is hereby directed to announce within 60 days whether it intends to retry Mr. Logan.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: July 17, 2023